## Commonwealth *v.* Pace, Appellant.

Submitted September 12, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Com-

monwealth, appellee.
Judgment of sentence affirmed.